IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE ZOOK, et al. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO.  02-cv-4080 |
| MARIO SIROIS | : | |

**O R D E R**

    **AND NOW, TO WIT:** This 29th day of October, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                    **MICHAEL E. KUNZ**, Clerk of Court

                                    **BY:**_____

                                                      Lynn Meyer
                                                      Deputy Clerk

cc:        Eric Swan, Esquire (mail)

O:\41(b) Orders to Dismiss\Zook v. Sirois 02-4080 - 41.1B - New.wpd